IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNICE FULTON                    : | |
| : | CIVIL ACTION NO. 02-CV-3976 |
| Plaintiff,         : | |
| : | |
| v.                                : | |
| : | |
| BAYER CORPORATION;                : | ENTRY OF APPEARANCE |
| BAYER AG;                         : | |
| GLAXOSMITHKLINE, PLC;             : | |
| GLAXOSMITHKLINE;                  : | |
| SMITHKLINE BEECHAM                : | |
| : | |
| Defendants.       : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____       _____
Hope S. Freiwald                             Aline Fairweather


_____       _____
Alison T. Conn                               Kirstin J. Miller


Dated:  August 14, 2002            DECHERT PRICE & RHOADS
                                                                     4000 Bell Atlantic Tower
                                                                     1717 Arch Street
                                                                       Philadelphia, PA  19103-2793
                                                                       (215) 994-4000